1
2
3
4                          **UNITED STATES DISTRICT COURT**
5                              **DISTRICT OF NEVADA**
6
7  TAMMY WINDES,                          )
8                        Plaintiff,       )        Case No. 2:11-cv-00969-GMN-PAL
                                          )
9  vs.                                    )                  **ORDER**
                                          )
10 SPRINT CORPORATION, *et al.,*          )
                                          )
11                       Defendants.      )
                                          )
12 _____
13         Based on the Stipulation and Order to Extend Discovery and Dispositive Motion Deadlines
14 (Dkt. #24) filed December 14, 2011, which extended the discovery cutoff to March 23, 2012,  the
15 undersigned will continue the settlement conference until after the close of discovery.  As such,
16         **IT IS ORDERED** that:
17     1.      The Settlement Conference currently scheduled for March 7, 2012, at 1:30 p.m., before
18             the undersigned, is **VACATED** and **CONTINUED** to **May 16, 2012**, at **1:30 p.m.,** in
19             the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George
20             United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.
21     2.      The deadline for chambers to receive the confidential settlement conference statements,
22             currently due February 29, 2012, is **VACATED** and **CONTINUED** to be received in
23             chambers, Room 3071, not later than **4:00 p.m., May 6, 2012.**
24         Dated this 29th day of December, 2011.
25
26                                              _____
                                                Peggy A. Leen
27                                              United States Magistrate Judge
28