# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TAMMY WINDES,

        Plaintiff,

vs.

SPRINT CORPORATION, *et al.,*

        Defendants.

Case No. 2:11-cv-00969-GMN-PAL

**AMENDED ORDER**

Based on the Stipulation and Order to Extend Discovery and Dispositive Motion Deadlines (Dkt. #24) filed December 14, 2011, which extended the discovery cutoff to March 23, 2012, the undersigned will continue the settlement conference until after the close of discovery. As such,

**IT IS ORDERED** that:

1. The Settlement Conference currently scheduled for March 7, 2012, at 1:30 p.m., before the undersigned, is **VACATED** and **CONTINUED** to **May 16, 2012**, at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due February 29, 2012, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., May 9, 2012.**

Dated this 29th day of December, 2011.

_____
Peggy A. Leen
United States Magistrate Judge